United States District Court
Southern District of Texas

**ENTERED**
March 14, 2023
~~Nathan Ochsner~~, Clerk

UNITED STATES DISTRICT COURT　　　　　　SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:23-cv-00461 |
|---|---|---|---|

In re Free Speech Systems, Debtor.
_____
Shannon & Lee LLP, Appellant,

*versus*

United States Trustee, et al., Appellees

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Beth A. Levene<br>Trial Attorney<br>United States Department of Justice<br>Executive Office for United States Trustees<br>Office of the General Counsel<br>441 G Street, N.W., Suite 6150<br>Washington, DC 20530<br>Telephone: (202) 514-0011<br>Email: beth.a.levene@usdoj.gov<br>Maryland State bar # 9701140002<br>District of Columbia bar # 459344<br>Also admitted: United States Supreme Court, United States Courts of Appeal for the Second, Fourth, Seventh, Ninth, Tenth, and District of Columbia Circuits |

| Name of party applicant seeks to appear for: | United States Trustee, Appellee |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes __　　__   No __ ✔ __

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 3/3/2023 | Signed:　　　　/s/ Beth A. Levene |
|---|---|

| The state bar reports that the applicant's status is: Active and in good standing | |
|---|---|
| Dated: March 08, 2023 | Clerk's signature   /s/ Jennelle Gonzalez |

**Order**

This lawyer is admitted *pro hac vice*.

Dated:　March 14, 2023

/s/ Charles R Eskridge III
United States District Judge